**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHALMERS WRAY
ADC #137820**                                                                      **PLAINTIFF**

**V.**                  **CASE NO. 5:09CV00168 BSM-BD**

**CORRECTIONAL MEDICAL SERVICES,** *et al.*          **DEFENDANTS**

**ORDER**

Plaintiff filed the present action *pro se* under 42 U.S.C. § 1983 (Doc. No. 2) and submitted a motion to proceed *in forma pauperis* ( Doc. No. 1). This court granted Plaintiff's motion to proceed *in forma pauperis* and ordered him to file an amended complaint (Doc. No. 3). Plaintiff has now filed an amended complaint (Doc. No. 6) and provided specific information about the alleged constitutional violation.

According to plaintiff's amended complaint, the wrongful acts he complains of arose during his incarceration in the Ouachita River Correctional Unit ("ORCU"), which lies in the Western District of Arkansas. Most of the defendants were either ORCU employees, or worked in the ORCU as employees of Correctional Medical Services. The interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e).

The Clerk of the Court is directed to transfer plaintiff's case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division, 100 Reserve Street, Room 347, Hot Springs, Arkansas 71902-6486.

IT IS SO ORDERED this 11th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE